ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA 2006 SEP 19 AM 9: 30

DUBLIN DIVISION

CLERK BMcCarthy
SO. DIST. OF GA

| | |
|---|---|
| JAMES M. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 306-064 |
| ) | |
| ) | |
| DOCTOR TANNER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED,** and this civil action shall be **CLOSED**.

SO ORDERED this 19th day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE